UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-20023-CIV-MOORE/GARBER

SQUARE D COMPANY,

     Plaintiff,

v.

MIAMI BREAKER, INC.,

     Defendant.

_____/

## ORDER

THIS CAUSE was before the Court for hearing on pending discovery disputes between the parties to this cause relating to Defendant's objections to Plaintiff's First Set of Requests for Production and Plaintiff's First Set of Interrogatories [D.E. #28]. The Court has considered the record, submissions of the parties, and argument of Counsel. Based thereon, it is

ORDERED that Defendant's objections to Plaintiff's First Set of Requests for Production and Plaintiff's First Set of Interrogatories are SUSTAINED IN PART and OVERRULED IN PART as follows:

Plaintiff's discovery requests are limited to the purchase, possession, sale, and distribution of circuit breakers that are, or are believed to be, counterfeit, from 2003 to the present.

DONE AND ORDERED in Chambers at Miami, Florida this 8th day of June, 2007.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Judge Moore
Counsel of record